RECEIVED

JUN 07 2019

Legal Programs Department

SCANNED at LSP and Emailed
6-7-19 by DS . 15 pages
date        initials   No.

# A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT

**Middle** DISTRICT OF LOUISIANA

Dominique Lamar Rivers #544280
*Plaintiff's full name (first-middle-last)*
*and prisoner number.*

**VERSUS**

Major Marcus Jones

_____

*Defendant(s) full name*

CIVIL ACTION

NO.: _____

SECTION: _____

## Instructions for Filing Complaint by Prisoners
## Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

<u>**IF YOU ARE A PARISH PRISONER**</u>, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

<u>**IF YOU ARE A D.O.C. PRISONER**</u>, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for <u>each</u> defendant no longer employed by the Department of Corrections.

<u>**All copies of the complaint must be identical to the original.**</u>

The names of **all parties** must be listed in the caption and in part III of the complaint exactly the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

**You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.**

When you have completed this form, e-mail the original and copies to the Clerk of the United States District Court for the _Middle District_ of Louisiana.

I.      **Previous Lawsuits**

A.      Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( ) No ( )

B.      If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit

Plaintiff(s): _____

Defendant(s): _____

2.   Court (if federal court, name the district; if state court, name the parish):

_____

3.   Docket number: _____

4.   Name of judge to whom case was assigned: _____

5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

_____

6.   Date of filing lawsuit: _____

7.   Date of disposition: _____

C.   Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?      Yes ( )    No ( )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

II.      **Place of present confinement:** _LA. State Prison_

A.   Is there a prisoner grievance procedure in this institution?   Yes (✓) No ( )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓)      No ( )

C. If your answer is YES:

1. Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. _step 1 and step 2_

2. What steps did you take? _Steps 1 and 2_

3. What was the result? _denied on steps 1 and 2_

D. If your answer is NO, explain why not: _____

_____

_____

III.   **Parties**

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s): _Dominique Lamar Rivers #544280_
_LA. State Prison_
_Angola, LA. 70712_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant, _Major Marcus Jones_ is employed as _Major_ at
_LA. State Prison_

Address for Service: _____

C. Additional Defendant, _____ is employed as _____ at

_____

Address for Service: _____

D. Additional Defendant, _____ is employed as _____ at

_____

Address for Service: _____

E. Additional Defendant, _____ is employed as _____ at

_____

Address for Service: _____

IV.    **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Dec. 13, 2018 I Domonique Rivers 544280 was on CBD lower right tier cell #11 when (at the time) Cpt. Jones (now) Mgr. Jones came to my cell and activated his body camera and had a can of chemical agent in his hand. I was given one direct verbal order to come out of my clothes. I follow all orders given and Cpt. Jones put away the body cam and chemical agent and ask me "What's your problem?" I got to telling him my issues like not havent gotten my bed sheets and things wash and not having a hair cut. During the mist of telling him this, Cpt. Jones came up real fast and spray me with chemical agent in the face and said " "Everytime I got to come down here for something like this, this is gonna happen! "Every time!" and left from in front of my cell. The hold time my hands were outside the cell to show no threat, and Cpt. Jones stayed there the hold time up until he spray me, because he didnt like what I was saying. On Dec. 17th I went to D.B. court to get a copy of my write up and couldnt believe all the lies that was said to have happen. On Wed. Dec. 19th I went back in front of Mgr. Hebert and C.O. Gooden At court I file (2) motions = 1st to bring body cam to court to be review 2nd to dismiss the write up for being Falsify Documents. Mgr. Hebert and Mr. Gooden denied both motions and I was sentence to (10) weeks loss of phone and canteen and had to pay for the chemical agent use on me and loss my visits...

**V**    **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits.

- Reviwe all cameras.

- Terminate Major Marcus Jones.

- To be compensated $100,000.

**VI.    Plaintiff's Declaration**

1)    I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this _6th_ day of _____June_____, 20 _19_.

Signature: _Dominique Lamar Rivers 544280_
Print Name: _Dominique Lamar Rivers 544280_
Address: _LA. State Prison_
City/State/Zip: _Angola, LA. 70712_