UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DOMINIQUE LAMAR RIVERS (#544280)**

**VERSUS**

**MARCUS JONES**

**CIVIL ACTION**

**NO.   19-372-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 28, 2020 (Doc. 14), to which no objection was filed;

**IT IS ORDERED** that this Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

**IT IS FURTHER ORDERED** that Plaintiff's claims arising from issuance of the disciplinary report and claims against Defendant, Marcus Jones, for injunctive relief and for monetary damages in Defendant's official capacity are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that this proceeding is referred back to the Magistrate Judge for further proceedings on Plaintiff's remaining claim, i.e., Plaintiff's claim for monetary damages against Marcus Jones in his individual capacity for the alleged act of excessive force occurring on December 13, 2018.

Signed in Baton Rouge, Louisiana, on August 12, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**