**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DOMINIQUE L. RIVERS** | : | **CIVIL ACTION** |
| **(DOC #544280)** | : | **NO. 19-372** |
| | | |
| **VERSUS** | : | **JUDGE JOHN W. deGRAVELLES** |
| | | |
| **MAJOR MARCUS JONES** | : | **MAGISTRATE JUDGE** |
| | | **SCOTT D. JOHNSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT**, through undersigned Counsel, comes Defendant, Marcus Jones, who respectfully moves this Honorable Court to grant a summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure in his favor and dismiss Plaintiff's claims against him, as a matter of law, for the following reasons set forth more fully below:

1.

Plaintiff, Dominique Rivers (DOC# 544280), is an inmate sentenced to the custody of the Louisiana Department of Public Safety and Corrections ("DPS&C"), and at the time period relevant to the above captioned suit was confined to the Louisiana State Penitentiary ("LSP") located in Angola, Louisiana.

2.

Plaintiff filed this suit pursuant to 42 U.S.C. § 1983 alleging that his civil rights were violated by the aforementioned defendant.

3.

Plaintiff claims that Marcus Jones violated his Eighth Amendment right to be free from cruel and unusual punishment when Marcus Jones administered chemical agent on Plaintiff.

4.

Marcus Jones is entitled to the affirmative defense of Qualified Immunity.

1

5.

The summary judgement evidence presented shows that Marcus Jones did not use excessive force on Plaintiff. Marcus Jones administered the chemical agent to maintain safety and restore order and control at Louisiana State Penitentiary not maliciously and sadistically to cause Plaintiff harm. The force used was proportional and appropriate in response to Plaintiff's actions.

6.

Additionally, Marcus Jones followed all policies and procedures set forth by Louisiana Department of Public Safety and Corrections and Louisiana State Penitentiary in his use of chemical agent on Plaintiff. The use of chemical agent was not excessive nor improper.

7.

As shown from the pleadings, attached exhibits, statement of undisputed material facts, and the accompanying memorandum in support of this motion for summary judgment, as a matter of law, there exists no genuine issue of material fact as to whether the force used was in violation of inmate plaintiff's Eighth Amendment Rights

8.

As such, Marcus Jones is entitled to judgment in his favor as a matter of law.


**WHEREFORE,** Defendant, Marcus Jones, respectfully requests that this Honorable Court grant his motion, and dismiss Plaintiff's suit with prejudice, and at Plaintiff's sole cost.


Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:    */s/ Kendale J. Thompson*
Kendale J. Thompson (37331)
Assistant Attorney General


2

Louisiana Department of Justice
Litigation Division, Civil Rights Section
1885 North Third Street, Fourth Floor
Post Office Box 94005
Baton Rouge, Louisiana (70804-9005)
Telephone: 225-326-6300
Facsimile: 225-326-6495
E-mail: ThompsonK@ag.louisiana.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 9, 2020, undersigned filed the above-entitled

pleading electronically with the Clerk of Court by using the CM/ECF system and provided a copy

of the foregoing to pro se inmate plaintiff via U.S. First Class Mail, to the below name and address:

***Pro Se Plaintiff***
Dominique Rivers (DOC #544280)
Louisiana State Penitentiary
Angola, Louisiana 70712

*/s/Kendale J. Thompson*
Kendale J. Thompson (#37331)
Assistant Attorney General