**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DOMINIQUE L. RIVERS** | **:** | **CIVIL ACTION** |
| **(DOC #544280)** | **:** | **NO. 19-372** |
| | | |
| **VERSUS** | **:** | **JUDGE JOHN W. deGRAVELLES** |
| | | |
| **MAJOR MARCUS JONES** | **:** | **MAGISTRATE JUDGE** |
| | | **SCOTT D. JOHNSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

**CONSIDERING THE FOREGOING** *Motion for Summary Judgment, Statement of Undisputed Facts, Memorandum in Support of Motion for Summary Judgment,* and the attached Exhibits filed by Defendant, Marcus Jones:

**IT IS ORDERED** that Defendant's *Motion for Summary Judgment* is **GRANTED** and that the claims of Plaintiff, are hereby **DISMISSED**, and at Plaintiff's cost.

**SIGNED** at Baton Rouge, Louisiana, on this the _____ day of _____, 2020.


_____
**MAGISTRATE JUDGE SCOTT D. JOHNSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**