## Department of Public Safety & Corrections
### State of Louisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
Governor

JAMES M. LE BLANC
Secretary

STATE OF LOUISIANA

WEST FELICIANA PARISH

ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the

originals that are maintained at Louisiana State Penitentiary.

Certified Copy of CBD Lower Right Shower Roster A&C Team dated December 13, 2018

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 8-16-19

Dominique Rivers 544280 Case

**Exhibit A**

12/13/18 CBD, Lower-Right Inmate Roster
000001

**DAILY SHOWER ROSTER**
**A&C-TEAM**

CELLBLOCK: **CBD**
TIER: **L7R**

DATE: 12/13/18

| CELL | PHONE | DOC# | NAME | | START | FINISH | SHAVE/HAIR CUT |
|------|-------|------|------|------|-------|--------|----------------|
| 01 |  | 433840 | JOHNNY | HARRIS |  |  | SECURITY RISK |
| 01 |  | 492156 | LARRY | RICHARDSON | 5:33pm | 6:09pm | SECURITY RISK |
| 02 |  | 419998 | REGGIE | GUILBEAU | Refused | | SECURITY RISK |
| 02 |  |  |  |  | Refused | | SECURITY RISK |
| 03 |  |  |  |  |  |  | SECURITY RISK |
| 03 |  | 607789 | Ernest Joesph | | 6:10pm | 6:30pm | SECURITY RISK |
| 03 |  | ~~570651~~ | ~~JERVONTE MONTGOMERY~~ | | | | SECURITY RISK |
| 04 |  | 292246 | EMANUEL | RANDALL |  |  | SECURITY RISK |
| 04 |  |  |  |  | 6:35pm | 6:48pm | SECURITY RISK |
| 05 |  | 430191 | BRADLEY | BERRY |  |  | SECURITY RISK |
| 05 |  |  |  |  | 6:49pm | 6:52pm | SECURITY RISK |
| 06 |  |  |  |  |  |  | SECURITY RISK |
| 06 |  | 101486 | ARTHUR | SPIKES | Refused | | SECURITY RISK |
| 07 |  | 360057 | SHAWN | WICKEM | Refused | | SECURITY RISK |
| 07 |  |  |  |  |  |  | SECURITY RISK |
| 08 |  | 448465 | BRIAN | MALVEAUX | Refused | | SECURITY RISK |
| 08 |  |  |  |  |  |  | SECURITY RISK |
| 09 |  | 562890 | DEMARCUS | PAYTON | Refused | | SECURITY RISK |
| 09 |  |  |  |  |  |  | SECURITY RISK |
| 10 |  | 564354 | VICTOR | GOODMAN | Refused | | SECURITY RISK |
| 10 |  |  |  |  |  |  | SECURITY RISK |
| 11 |  | 544280 | DOMINIQUE RIVERS | | Refused | | SECURITY RISK |
| 11 |  |  |  |  |  |  | SECURITY RISK |
| 12 |  | 453440 | ADRIAN | MCKINNIE | 7:00pm | 7:19pm | SECURITY RISK |
| 12 |  |  |  |  |  |  | SECURITY RISK |
| 13 |  |  |  |  |  |  | SECURITY RISK |
| 13 |  | 510110 | QUINCY | WILLIAMS | Refused | | SECURITY RISK |
| 14 |  | 110573 | JOHN | ROGERS | 7:20pm | 7:48pm | SECURITY RISK |
| 14 |  |  |  |  |  |  | SECURITY RISK |
| 15 |  | 709192 | MATTHEW | FLUGENCE | Refused | | SECURITY RISK |
| 15 |  |  |  |  |  |  | SECURITY RISK |

_____
OFFICER SUPERVISING SHOWER

Temperature 82°  98°
TIER  SHOWER

TIME SHOWER STARTED 5:33pm
TIME SHOWER FINISHED 7:48pm

_____
SHIFT LIEUTENANT

12/13/18 CBD, Lower-Right Inmate Roster
000002