## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOMINIQUE L. RIVERS | : | CIVIL ACTION |
| | : | NO. 19-372 |
| VERSUS | | |
| | : | JUDGE JOHN W. deGRAVELLES |
| MAJOR MARCUS JONES | : | MAGISTRATE JUDGE |
| | | ERIN WILDER-DOOMES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF WEST FELICIANA

### AFFIDAVIT

**BEFORE ME,** the undersigned notary public duly qualified in and for the State of Louisiana personally came and appeared:

**MAJOR MARCUS JONES**

who after being sworn did depose and state:

1.

I am employed by the Louisiana Department of Public Safety and Corrections in the position of Major at Louisiana State Penitentiary, Angola, Louisiana.

2.

I achieved the rank of Major in January of 2019.

3.

At all times relevant to this suit, I held the rank of Captain at the Main Prison Cellblocks at Louisiana State Penitentiary.

4.

My duties of Captain included making rounds on the cellblock tiers ensuring that offenders followed the rules of the institution, and making sure offenders ate, had clothes, and were safe.

**Exhibit B**

5.

The Main Prison Cellblocks are housing areas comprised of two-man cells for offenders who have received disciplinary reports.

6.

Cellblock D, is one of the cellblocks located in the Main Prison Cellblocks.

7.

While some of the Main Prison Cellblocks are working cellblocks and administrative segregation, Cellblock D is all administrative segregation.

8.

Administrative segregation is where an inmate has received a disciplinary report and are not allowed out of their cells except for showers and for a designated time on the tier.

9.

Cellblock D, Lower Right generally held the most troublesome inmates in Cellblock D. These are inmates that have a history of causing the most issues and have lengthy disciplinary history.

10.

On the incident date, December 13, 2018, I went down Cellblock D, Lower Right for an unannounced round.

11.

An unannounced round is when an officer walks an area at the prison at a time that is not scheduled nor is typically done to ensure that the inmates and the area are in compliance with the rules of the penitentiary.

12.

While making my unannounced round on Cellblock D, Lower Right, I passed Cell #11, the cell of inmate Dominique Rivers (DOC # 544280). When I passed cell #11, inmate Rivers attempted to spit on me.

13.

After inmate Rivers attempted to spit on me, I activated my body camera and approached the cell where he was located, and gave inmate Rivers several direct verbal orders to approach the cell bars to be restrained.

14.

Inmate Rivers refused to be restrained, began to curse at me, and attempted to spit at me again.

15.

It was at this time that I administered the minimum amount of chemical agent required to regain control of the situation; as allowed by the Louisiana State Penitentiary Use of Force Policy.

16.

I did not administer chemical agent as a means of punishment of inmate Rivers.

17.

I did not administer chemical agent as a means of inflicting unnecessary pain on inmate Rivers.

18.

The sole reason for administering chemical agent on inmate Rivers was for the regaining of compliance due to inmate Rivers refusal to comply with direct verbal orders given to him.

19.

After I administered the chemical agent, inmate Rivers began to comply with all orders given. I restrained inmate Rivers, placed him in the shower, and gave him a fresh jumpsuit.

20.

After chemical agent is administered, the inmate is placed in the shower to wash away the chemical, as required by Louisiana State Penitentiary Use of Force Directive.

21.

While in the shower, it is up to the inmate to cut on the water and wash himself to rid himself of the chemical agent.

The above is true and correct to the best of my personal knowledge and belief.

_____
**MAJOR MARCUS JONES**

**SWORN TO AND SUBSCRIBED** before me on this __13__ day of __November__, 2019 at Angola, Louisiana.

_____  EX-OFFICIO
**NOTARY PUBLIC**            #153568