## Department of Public Safety & Corrections
### State of Louisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
Governor

JAMES M. LE BLANC
Secretary

STATE OF LOUISIANA

WEST FELICIANA PARISH

ANGOLA, LOUISIANA


I hereby certify that the attached documents are TRUE AND CORRECT copies of the

originals that are maintained at Louisiana State Penitentiary.


Certified Copy of CBD Lower Right Tier Logbook dated 12/13/18


Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP


Date: 8-16-19


Dominique Rivers 544280 Case


**Exhibit C**

General Delivery ✚ Angola, Louisiana 70712 ✚ (225) 655-4411 ✚ Fax (225) 655-2319 ✚ www.doc.la.gov
An Equal Opportunity Employer

12/13/18 CBD Lower-Right Tier Logbook
000001

152

| | |
|---|---|
| 12-12-18 | C-Team SGT Tolbert & SGT Mackey |
| 11:51 | Made watch clock Rounds |
| 12:03 Am | Hit watch clock made rounds count 16, 16, 16, 12 60 called control survey counselor |
| 12:30 Am | Hit watch clock making Rounds |
| 12:45 Am | Hit watch clock |
| 1:01 Am | Hit watch clock made rounds count 16, 16, 14, 12 60 called control control count clear |
| 1:18 Am | Hit watch clock |
| 1:33 Am | Hit watch clock made Rounds |
| 1:46 Am | Hit watch clock |
| 2:01 Am | Hit watch clock made rounds count 16, 16, 16, 12 60 called control control count clear |
| 2:16 Am | Hit watch clock |
| 2:40 Am | Hit watch clock made Rounds |
| 2:51 Am | HIT WATCH CLOCK |
| 3:09 Am | HIT WATCH CLOCK |
| 3:30 Am | Made Rounds Check back doors count 16, 16, 16, 12 60 called Control Survey |
| 3:40 A-M | Hit watch clock |
| 3:51 Am | Hit watch Clock made Rounds |
| 3:43 Am | Hit watch clock |
| 4:01 Am | Hit watch clock made Rounds count 16, 16, 16, 12 60 called control control count clear |
| 4:15 Am | Hit watch Clock |
| 4:30 Am | Made Rounds Hit watch clock |
| 4:58 Am | Lt Allen on unit — Chow served |
| 5:00 Am | Hit watch clock made Rounds |
| 5:19 Am | Hit watch Clock |
| 5:30 Am | Relieved of all duties + equipment |
| 0535 | Ems s/c medical Msgt. Frank Sndy #385 12-13-18 |

5:35  12/13/18  Sgt. Turner, Cdt. Minor, Cdt. Strauder  A Team

5:35  I Sgt Turner relieved C Team officer from all duties and equipment I recieved (1) log book 1 phone 2 beepers 23 + 24 (1) bed book 4 fire extinguisher (4) wate extinguisher (2) Sets



5:35 Clock 1 Key (2) Teir + Door Key MP10 MP11 7 Lrg 6 Sm and on Broken 5 Lrg and 4 Small (1) Post order read and Understood Announced female on the Unit, Emergency fire Mask, Transfrisker, Rubber Mallet Flashlight (2) Barber box Manual Release 1 Key (2)

5:40 Beeper Check with the Control Center good and Count Made Rounds, All Secure

L/L - 16  L/R - 16  U/L - 16  U/R - 12  T - 60

6:26 Made Rounds, All Secure

6:46 Made Rounds, All Secure

6:58 Made Rounds, All Secure

7:41 Made Rounds, All Secure

Cpt M

Jennifer Spivey-Mayes RN - Infection Control TB tests

08:00 Brucker SDt - EMS - SD # 419998 + #544280

8:27 Made Rounds, All secured

8:53 Made Rounds, All Secure

9:00 Court

8:63 Made Rounds, All secur

Made Rounds, All Secure

9:26 nm M/H - C Stokes  SSW (Harris 433840, Richardson 442150, Randall 2:3346, Spikes 101486, Baylon 566850 (90) 3, Joseph 602757 Begin SSW

12/13/18  9:45  main t Calvin tate
Sgt Williams escorted tate

10:12 Made Rounds, All Secure

10:56 Made Rounds, All Secure

11:40 Made Rounds, All Secure

12:50 Made Rounds, All Secure

154

1:30pm Sgt. B. Tucker 589 - Simple fight # 356894 - EMS

1:30 Made Rounds, All Secure

1:45pm Sgt. B. Tucker 589 - Chem. Agent # 544280

Cpt M Ypres (unannounced rounds)

3:25 Made Rounds, All Secure

4:00 Made Rounds, All Secure

4:30 Made Rounds, All Secure

Hunger strike U/L Cell 3 m's all 3 meal #'s 4, 9, 13
11, 5 u/R

5:34 Relieved all duties and equipment