**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**
**INSTITUTION: LSP**
**EVACUEE:**
Created on 12/18/2018 at 08:09 AM

| 1. Name of Inmate (First Name) (Last Name)<br>DOMINIQUE RIVERS | 2. Number<br>544280 | 3. Date of Incident<br>12/13/2018 | 4. Time of Incident<br>Approx. 01:45 PM |
|---|---|---|---|
| 5. Place of Incident<br>MP - CBD L/R : | 6. Job Assignment (Inmate)<br>L/D | | 7. Housing Assignment (Inmate)<br>CBD L/R 0 |
| 8. Rule Violated<br>DEFIANCE, AGGRAVATED DISOBEDIENCE, , , | | 9. Rule Number<br>3, 5, , , | |

**10. Description of Incident (Include all relevant information):**

**11. Inmate Placed in Adm/Seg.**  ● Yes  ○ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment<br>Jones, Marcus, MP WEST, 12 HOURS |
|---|---|

| 14. Date of Report<br>12/13/2018 | 15. Time of Report<br>03:00 PM | 16. Report (copy) given to above inmate by: | 17. Inmate's Signature:<br>Refused to Sign |
|---|---|---|---|

| 18. Plea by Inmate:<br>● Not Guilty ○ Guilty | 19. Rule / Verdict<br>3 / Guilty<br>5 / Guilty |
|---|---|

| 20. Date of Hearing:<br>12/19/2018 | 21. Counsel Substitute (Name & DOC Number)<br>Marvin Wallace #112760 | 22. Motions<br>○ No<br>● Yes (See Motions Form)<br>**Reason** Dismissal of the charge(s), Other, REVIEW BODY CAMERA Dismissal of the charge(s) |
|---|---|---|

**23. Reasons for Disposition:**

| | |
|---|---|
| ☒ Report is Clear and Precise | ☒ Lack of credible defense/Little or no defense |
| ☒ Officer\'s version is determined to be more credible than inmate's | ☐ Pled guilty/Accepted guilty plea |
| ☒ Only defense is denying the contents of report | ☒ Inmate presented no evidence to refute the charges |
| ☐ The investigative officer\'s testimony was deemed more truthful and accurate that the inmate's | ☐ Plea bargain |
| ☐ Inmate's demeanor led the board to believe the inmate's testimony was untrue | |
| ☐ Other | |

**24. Reasons for Sentence**

| | |
|---|---|
| ☒ Seriousness of Offense | ☒ The need to protect the institution employees or other |
| ☐ Poor conduct record | |
| ☐ Other | |

**25. Sentence**

| | |
|---|---|
| Reprimand | Extra Duty - Days; Credit for Days |
| Loss of  for | Isolation - ; Credit for  days<br>☐ No Credit for Isolation Breaks |
| Loss of  for | Status change to:<br>Quarters - ;<br>Custody -<br>Job - |
| Imp. Loss of Canteen for 12 Weeks | Forfeiture of Good Time -  days |
| Imp. Loss of Telephone for 12 Weeks | Transfer to WCB<br>Transfer to Ext/Lkd for  days |
| Confinement for | Imp. $3.30 Restitution for CHEMICAL AGENTS |
| Combined Reports | Loss of Incentive Pay for  weeks. |

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the

**Chairman** (Disciplinary Officer) HEBERT, GABRIEL

**Exhibit E**

12/13/18 Disciplinary Report
000001