Form C-0?-001-?
28 September 2018

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

**INSTITUTION: LSP**

| NAME<br>Dominique Rivers | NUMBER<br>544280 | DORM OR CELLBLOCK<br>MPCB CBD | DATE OF INCIDENT<br>12/13/18 | TIME OF INCIDENT<br>Approx. 1:45 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD L/R, Cell #11 | | WITNESSES<br>N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death by other than natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] Staff on offender
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- [ ] Large scale evacuation of all or a significant part of the facility
- [ ] Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide Attempts
- [ ] Hunger Strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrests
  - [ ] Not job-related employee arrests
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- [ ] Violation of the Rule No. 21, Sex Offenses
  - [ ] 21. A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21. B Abusive sexual act (offender-on-offender)
  - [ ] 21. C Sexual misconduct (offender-on-offender)
  - [ ] 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21. E Obscenity
  - [ ] 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21. G Overt display of affection
  - [ ] 21. H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [ ] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-staff)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon (offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [ ] Suicide Gesture
- [ ] Hunger Strike (both individual and organized)
- [x] Use of Force
  - [x] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser ®
  - [x] Chemical agents

**Exhibit F**

12/13/18 WUOR
000001

Form C-05-001-W-1
28 September 2018
Page Two

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Captain Marcus Jones, was making unannounced rounds on the CBD L/R Tier, when offender Dominique Rivers, #544280, attempted to spit on me. I immediately activated my body camera and gave offender Rivers several direct verbal orders to come to the front of the cell to be restrained. Offender Rivers refused to comply with all orders given and stated "Fuck you, bitch, this ends now", and once again attempted to spit on me. At that time I was forced to administer the minimum amount of chemical agent into offender Rivers's cell in order to gain offender Rivers compliance. Offender Rivers then complied with all orders given, was placed in restraints, and escorted to the shower. Offender Rivers was then allowed to shower, was issued a fresh jumpsuit, and his cell was decontaminated prior to his return. Offender Rivers was later seen on the unit by Medical Personnel. Warden Thompson was notified of this incident. This is for your information and further handling.

Chemical Agent Can #2
Chemical Agent Starting Weight: 138 grams
Chemical Agent Ending Weight: 108 grams

| REPORTING OFFICER | 12/13/18 | 3:00 pm |
| --- | --- | --- |
| Marcus Jones, Captain, MPCB, A-Team | DATE COMPLETED | TIME COMPLETED |

12/13/18 WUOR
000002