## ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: LSP-2018-2708
EVACUEE:
DOC #: 544280          BACKLOG:
LAST NAME: RIVERS          FIRST NAME: DOMINIQUE
RECORD TYPE: A     SUBJECT CODE: 0702 - USE OF CHEMICAL AGENT
INCIDENT DATE: 12-13-2018   SUBJECT TYPE :
LSP Only
LSP RESPONDENT: TU Warden

LSP HOUSING: MP WEST/CB

|  | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|---|
| STEP 1: | 12/18/2018 | 12/19/2018 | 01/07/2019 | 02-Denied |
| STEP 2: | 05/02/2019 | 05/02/2019 | 05/11/2019 | 02-Denied |

COMPLAINT: FINAL:  COMPLAINS THAT CAPT. JONES SPRAYED HIM WITH A CHEMICAL AGENT.
IF REJECTED REASON:

FILED SUIT:     DATE FILED:
EMPLOYEE NUMBER:  21 - Swaantje

12/18/2018

12/18/2018

**Exhibit G**

Rivers ARPs
000001

## ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: LSP-2019-0061
EVACUEE:
DOC #: 544280        BACKLOG:
LAST NAME: RIVERS          FIRST NAME: DOMINIQUE
RECORD TYPE: A      SUBJECT CODE: 0702 - USE OF CHEMICAL AGENT
INCIDENT DATE: 12-19-2018   SUBJECT TYPE :
LSP Only
LSP RESPONDENT: TU Warden

LSP HOUSING: MP WEST/CB

|          | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|----------|---------------|---------------|------------------|------------------|
| STEP 1:  | 01/09/2019    | 01/23/2019    | 02/11/2019       | 02-Denied        |
| STEP 2:  | 03/11/2019    | 03/11/2019    | 03/15/2019       | 02-Denied        |

COMPLAINT: FINAL : COMPLAINS THAT CAPT. JONES SPRAYED HIM WITH A CHEMICAL AGENT.
IF REJECTED REASON:

FILED SUIT:    DATE FILED:
EMPLOYEE NUMBER:  30 - Kristen Horsely

01/09/2019

01/09/2019

Rivers ARPs
000002

## UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF LOUISIANA

DOMINIQUE RIVERS (#544280)   CIVIL ACTION

VERSUS                        NO. 19-372-JWD-EWD

MARCUS JONES, ET AL           MAGISTRATE JUDGE WILDER-DOOMES

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

## AFFIDAVIT

**BEFORE ME**, the undersigned Notary, personally came and appeared

**RHONDA Z. WELDON**

who, after being first duly sworn, did depose and say that:

She is employed as a Paralegal for the Department of Public Safety and Corrections, Legal Services, Office of the Secretary.

The attached pages are true and exact copies of the entire administrative proceedings, as maintained in the normal course of business by the Department of Public Safety and Corrections, regarding **ADMINISTRATIVE REMEDY PROCEDURE NO. LSP-2018-2708 and NO. LSP-2019-61**, filed by Plaintiff, **DOMINIQUE RIVERS, DOC #544280,** in connection with the above-captioned matter.

Rivers ARPs
000003

The above is true and correct to the best of her information and belief.

RHONDA Z. WELDON

**SWORN TO AND SUBSCRIBED** before me, Notary, on this 29th day of July, 2019,

at Baton Rouge, Louisiana.

DEBRA A. RUTLEDGE
NOTARY PUBLIC
State of Louisiana
LA Bar #8432
My Commission Expires at **Death**

2

Rivers ARPs
000004

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2018-2708

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: <u>RIVERS, DOMINIQUE   544280</u>                     <u>LSP</u>
      Offender Name and Number                              Living Unit

Response to Request Dated 01/28/2019, Received in this Office on 05/02/2019:

Your request for an Administrative review of ARP# LSP-2018-2708 has been received.  A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

First and foremost it is to be noted that due to unforeseen circumstances that occurred at LSP, your grievance was not received for second step review until May 2, 2019.  All pertinent documentation surrounding your request, including the unusual occurrence report, the statement provided by security staff and the disciplinary report issued have been reviewed.  None of the documents reviewed support your allegations.  Through your own actions, staff was forced to use only the amount of force necessary to bring you into compliance with the verbal orders issued to you by staff.  You have failed to provide any evidence to substantiate your allegations or that would cause us to believe otherwise.  This office concurs with staff's findings on this matter.  As such, no further investigation or administrative intervention is warranted.

Your request for Administrative Remedy is denied.

_____                _____
           Date                                        Secretary's Signature or His Designee

2018-2708

**RECEIVED**

DEC 18 2018

LEGAL PROGRAMS DEPARTMENT

## Administrative Remedy Procedure

0702|TU

**RECEIVED**

DEC 18 2018

WARDEN'S OFFICE

Name of Offender : Dominique Rivers #544280

Date of Incident : 12•13•18

Time of Incident : Approximate 1:45 p.m.

Place of Incident : MPCB CBD lower right tier cell #11

Officer Involve : Cpt. Marcus Jones MPCB A-Team

Reason : Cpt. Jones violated D.O.C. Employee Rules

Rule Violated : General Misconduct, Abuse of Offender, Corporal
Punishment or Un-Necessary or Excessive Force,
Failure to Follow Orders, Malfeasance (A), Use of
Chemical Agent as punishment.

Rules Number : #1, 3, 6, 12..

## * NOTE *

Court must decide excessive force claims based on
the nature of the force rather than the extent of the
injury. U.S.C.A. Const. Amend. 8.

Rivers ARPs
000006

# INCIDENT:

On the above date and approximate time I, offend Dominique Rivers #544280 was on CBD lower right tier cell #11 when Cpt. Jones came to my cell and activated his body camera and a can of chemical agent in his hand. I was given an order to strip down out of my clothen, which I follow every order given and Cpt. Jones put away the body cam and the chemical agent and ask me what my promble was. I got to telling him my issues about not having my bed sheets and thing wash and not getting a hair cut yet. During the mist of telling him that, he came up real fast and spray me with chemical agent and said "Everytime I gotta come down here for somethin this, this is gonna happen everytime!" At the time of the spraying, my hands was all the way out the bars to show no threat and Cpt. Jones stay in front of my cell the hold time unit he spray me because he didn't like what I was saying

# *NOTE*

Body camera and cameras on CBD lower right tier will show the hold incident...

Rivers ARPs
000007

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: RIVERS, DOMINIQUE 544280                    CBD L/R
                                                Living Quarters

Response to request dated , received in this office on 12/18/2018

In your request for remedy, you alleged that Captain Marcus Jones came to your cell, activated his body camera and had a can of chemical agent in his hand. You stated that Captain Jones gave you an order to strip down out of your clothing and you complied with the order that was given. You stated that at that time, Captain Jones turned his body camera off and put the chemical agent up and began asking you what your problem was. You stated that as you were telling Captain Jones what was going on, he came up real fast with the chemical agent and sprayed you. You stated that at the time Captain Jones administered the chemical agent, your hands were all the way out the bars and you were not posing any threat. You stated that Captain Jones didn't like what you were saying and told you that every time he had to come on the tier for you, he was going to spray you. In your request for remedy, you are requesting that no retaliation be brought forth against you for filing this ARP, that the body camera and camera on the tier be reviewed, that Captain Jones be suspended without pay and that you are compensated $75,000.00 for mental, emotional and physical anguish.

In response to your ARP, Captain Marcus Jones stated that what you are describing in this ARP; never happened. Captain Jones stated that as he was making rounds and passed your cell, you attempted to spit on him. He stated that he gave you several direct verbal orders to come to the front of your cell to be restrained and you refused. At that time, only the minimum amount of chemical agent that was needed to gain compliance of you was administered. Captain Jones stated that you have written a frivolous ARP in an effort to manipulate the ARP system.

Therefore, your request for Administrative Remedy and monetary compensation is denied at this level.

Prepared by: _____
                Darian Thompson, AW2

Approved by: _____
                Antonio Whitaker, AW3

                    1/7/19
                    Date

                                        _____
                                        Joseph F.G. Lamartiniere
                                        Deputy Warden
                                        Unit Head

Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( ✓ ) I am not satisfied with this response and wish to proceed to Step Two.

Reason: _All we have to do is review the body camera_
_he activated and the cameras on the tier and you will_
_see. All facts. ~~the~~ Thats why we have the cameras. Cameras_
_dont lie!_

    1-28-19                              _____  544280
    Date                                 Offender's Signature   DOC#

Louisiana State Penitentiary
Angola, Louisiana

# ARP STATEMENT

**ARP NUMBER:** *LSP- 2018-2708*                    **DATE:** 12/26/2018

**Offender's Name and Number:** Dominique Rivers, #544280

In regards to the above aforementioned Request for Administrative Remedy, I, Captain Marcus Jones, have the following to offer:

The incident, as described by offender Rivers in this ARP, never occurred. At approximately 1:45 pm on 12/13/18, offender Rivers attempted to spit on me when I passed in front of his cell. Offender Rivers then failed to comply with several direct verbal orders to come to the front of the cell to be restrained. This resulted in the use of Chemical Agents in order to gain offender Rivers' compliance. Offender Rivers is trying to manipulate the ARP system by writing outright lies in these frivolous ARP's. For further information please see the attached copies of the UOR.

This is for your information and further handling.

Captain Marcus Jones
Main Prison Cellblock / A Team

cc:    file

Rivers ARPs
000009

Form C-01-001W-1
28 September 2018

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

**INSTITUTION: LSP**

| NAME<br>Dominique Rivers | NUMBER<br>544280 | DORM OR CELLBLOCK<br>MPCB CBD | DATE OF INCIDENT<br>12/13/18 | TIME OF INCIDENT<br>Approx. 1:45 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD L/R, Cell #11 | | WITNESSES<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death by other than natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ Staff on offender
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- ☐ Large scale evacuation of all or a significant part of the facility
- ☐ Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide Attempts
- ☐ Hunger Strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrests
  - ☐ Not job-related employee arrests
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of the Rule No. 21, Sex Offenses
  - ☐ 21. A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21. B Abusive sexual act (offender-on-offender)
  - ☐ 21. C Sexual misconduct (offender-on-offender)
  - ☐ 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21. E Obscenity
  - ☐ 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21. G Overt display of affection
  - ☐ 21. H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☐ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-staff)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon (offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger Strike (both individual and organized)
- ☒ Use of Force
  - ☒ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser ®
  - ☒ Chemical agents

Rivers ARPs
000010

Form C-05-001-W-1
28 September 2018
Page Two

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Captain Marcus Jones, was making unannounced rounds on the CBD L/R Tier, when offender Dominique Rivers, #544280, attempted to spit on me. I immediately activated my body camera and gave offender Rivers several direct verbal orders to come to the front of the cell to be restrained. Offender Rivers refused to comply with all orders given and stated "Fuck you, bitch, this ends now", and once again attempted to spit on me. At that time I was forced to administer the minimum amount of chemical agent into offender Rivers's cell in order to gain offender Rivers compliance. Offender Rivers then complied with all orders given, was placed in restraints, and escorted to the shower. Offender Rivers was then allowed to shower, was issued a fresh jumpsuit, and his cell was decontaminated prior to his return. Offender Rivers was later seen on the unit by Medical Personnel. Warden Thompson was notified of this incident. This is for your information and further handling.

Chemical Agent Can #2
Chemical Agent Starting Weight: 138 grams
Chemical Agent Ending Weight: 108 grams

| | | |
|---|---|---|
| **REPORTING OFFICER** | 12/13/18 | 3:00 pm |
| Marcus Jones, Captain, MPCB, A-Team | **DATE COMPLETED** | **TIME COMPLETED** |

Rivers ARPs
000011

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**
**INSTITUTION: LSP**
**EVACUEE:**
Created on 12/18/2018 at 08:09 AM

| 1. Name of Inmate (First Name) (Last Name) DOMINIQUE RIVERS | | 2. Number 544280 | 3. Date of Incident 12/13/2018 | 4. Time of Incident Approx. 01:45 PM |
|---|---|---|---|---|
| 5. Place of Incident MP - CBD L/R : | | 6. Job Assignment (Inmate) L/D | | 7. Housing Assignment (Inmate) CBD L/R 0 |
| 8. Rule Violated DEFIANCE, AGGRAVATED DISOBEDIENCE, , , | | | 9. Rule Number 3, 5, , , | |

**10. Description of Incident (Include all relevant information):**

**11. Inmate Placed in Adm./Seg.** ● Yes ○ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment Jones, Marcus, MP WEST, 12 HOURS |
|---|---|

| 14. Date of Report 12/13/2018 | 15. Time of Report 03:00 PM | 16. Report (copy) given to above inmate by: | 17. Inmate's Signature: Refused to Sign |
|---|---|---|---|

| 18. Plea by Inmate: ● Not Guilty ○ Guilty | 19. Rule / Verdict 3 / Guilty 5 / Guilty |
|---|---|

| 20. Date of Hearing: 12/19/2018 | | 21. Counsel Substitute (Name & DOC Number) Marvin Wallace #112760 | 22. Motions ○ No ● Yes (See Motions Form) **Reason** Dismissal of the charge(s), Other, REVIEW BODY CAMERA Dismissal of the charge(s) |
|---|---|---|---|

**23. Reasons for Disposition:**

| | |
|---|---|
| ☒ Report is Clear and Precise | ☒ Lack of credible defense/Little or no defense |
| ☒ Officer\'s version is determined to be more credible than inmate's | ☐ Pled guilty/Accepted guilty plea |
| ☒ Only defense is denying the contents of report | ☒ Inmate presented no evidence to refute the charges |
| ☐ The investigative officer\'s testimony was deemed more truthful and accurate that the inmate's | ☐ Plea bargain |
| ☐ Inmate's demeanor led the board to believe the inmate's testimony was untrue | |
| ☐ Other | |

**24. Reasons for Sentence**

| | |
|---|---|
| ☒ Seriousness of Offense | ☒ The need to protect the institution employees or other |
| ☐ Poor conduct record | |
| ☐ Other | |

**25. Sentence**

| | |
|---|---|
| Reprimand | Extra Duty - Days; Credit for Days |
| Loss of for | Isolation - ; Credit for days ☐ No Credit for Isolation Breaks |
| Loss of for | Status change to: Quarters - ; Custody - Job - |
| Imp. Loss of Canteen for 12 Weeks | Forfeiture of Good Time - days |
| Imp. Loss of Telephone for 12 Weeks | Transfer to WCB Transfer to Ext/Lkd for days |
| Confinement for | Imp. $3.30 Restitution for CHEMICAL AGENTS |
| Combined Reports | Loss of Incentive Pay for weeks. |

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the

**Chairman** (Disciplinary Officer) HEBERT, GABRIEL

Rivers ARPs
000012

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

ARP NUMBER:  LSP - 2018 - 2708

Cell 9

RE:  DOMINIQUE RIVERS    544280

LOCATION:  _____

I HEREBY ACKNOWLEDGE RECEIPT OF 1ST STEP RESPONSE FORM REGARDING REQUEST
FOR REMEDY NUMBER LSP-2018-2708.

RECEIVED BY:  _____ #  544280
                   (INMATE'S NAME & NUMBER)

DATE RECEIVED:  _____1/28/19_____

DELIVERED BY:  _____

================================================================

1.    Have the inmate sign this receipt.

2.    Delivery Officer signs the receipt and dates it.

3.    Give the Inmate the Manila Envelope and contents.

4.    Return the receipt to LEGAL PROGRAMS DEPARTMENT.

**RECEIVED**

JAN 3 0 2019

LEGAL PROGRAMS DEPARTMENT

Rivers ARPs
000013

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2018 -2708

TO:   DOMINIQUE RIVERS 544280                CBD L/R
       Offender's Name and Number              Living Quarters


                    12-13-2018
                    Date of Incident


X                   ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
                    issued within 40 days of this date.

                    REJECTED:  Your request has been  rejected for the following reason(s):


            12/19/2018                                        Nyesha Davis
               Date                                    Warden's Signature or Designee

Rivers ARPs
000014

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO:  RIVERS, DOMINIQUE 544280                    CBD L/R
                                                  Living Quarters

Response to request dated , received in this office on 12/18/2018

In your request for remedy, you alleged that Captain Marcus Jones came to your cell, activated his body camera and had a can of chemical agent in his hand. You stated that Captain Jones gave you an order to strip down out of your clothing and you complied with the order that was given. You stated that at that time, Captain Jones turned his body camera off and put the chemical agent up and began asking you what your problem was. You stated that as you were telling Captain Jones what was going on, he came up real fast with the chemical agent and sprayed you. You stated that at the time Captain Jones administered the chemical agent, your hands were all the way out the bars and you were not posing any threat. You stated that Captain Jones didn't like what you were saying and told you that every time he had to come on the tier for you, he was going to spray you. In your request for remedy, you are requesting that no retaliation be brought forth against you for filing this ARP, that the body camera and camera on the tier be reviewed, that Captain Jones be suspended without pay and that you are compensated $75,000.00 for mental, emotional and physical anguish.

In response to your ARP, Captain Marcus Jones stated that what you are describing in this ARP; never happened. Captain Jones stated that as he was making rounds and passed your cell, you attempted to spit on him. He stated that he gave you several direct verbal orders to come to the front of your cell to be restrained and you refused. At that time, only the minimum amount of chemical agent that was needed to gain compliance of you was administered. Captain Jones stated that you have written a frivolous ARP in an effort to manipulate the ARP system.

Therefore, your request for Administrative Remedy and monetary compensation is denied at this level.

Prepared by: _____
                Darian Thompson, AW2

Approved by: _____
                Antonio Whitaker, AW3

_____
          Date
            1/7/19

_____
Joseph F.G. Lamartiniere
Deputy Warden
Unit Head

Instructions to Offender:  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(  )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:

_____

_____

_____

_____                    _____
          Date                                Offender's Signature    DOC#

Rivers ARPs
000015

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2019-0061

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: <u>RIVERS, DOMINIQUE   544280</u>                      <u>LSP</u>
    Offender Name and Number                      Living Unit

Response to Request Dated 02/14/2019, Received in this Office on 03/11/2019:

Your request for an Administrative review of ARP# LSP-2019-0061 has been received.  A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

All pertinent documentation surrounding your request, including the unusual occurrence report and statements provided by the security staff have been reviewed.  None of the documents reviewed support your allegations.  Through your own actions, staff was forced to use only the amount of force necessary to bring you into compliance with the verbal orders issued to you by staff.  This office concurs with staff's findings on this matter.  As such, no further investigation or administrative intervention warranted.

Your request for Administrative Remedy is denied.

_____3/15/19_____          _____
              Date                                  Secretary's Signature or His Designee

Rivers ARPs
000016

Administrative Remedy Procedure

RECEIVED
JAN 09 2019
LEGAL PROGRAMS DEPARTMENT

0702/TU
2019-0061

Offender Name: Dominique Rivers #544280

Date of Incident: 12-13-18 - 12-19-18

Time of Incident: Approximate 1:45 p.m.

Place of Incident: MPCB CBD Lower Right Cell #11

Officer Involve: Captain Marcus Jones  MPCB A-Team

Reason: Cpt. Jones has violated D.O.C. Employee Rules

Rule Violated: General Misconduct, Abuse of Offender, Corporal punish-
       ment, or Un-Necessary, or Excessive Force, Failure to
       Follow Orders, Falsifying Documents, Malfeasance (A),
       Use of Chemical Agent as Punishment.

Rule Number: #1, 3, 6, 10, 12...


*NOTE*

Court must decide excessive force claims based
on the nature of the force rather than the extent of
the injury. U.S.C.A. Const. Amend. 8.

Rivers ARPs
000017

## INCIDENT:

On the above date and approximate time I. Offender Dominique Rivers #544280 was on CBD lower right tier cell #11 when Cpt. Jones came to my cell and activated his body camera and had a can of chemical agent in his hand. I was given one direct verbal order to come out of all my clothes. I follow every order given and Cpt. Jones put away his body camera and chemical agent and ask me "What's your pronible?". I got to telling him my issues like not having my bed sheets and things wash and not having a hair cut. During the mist of telling him this, Cpt. Jones came up real fast and spary me with the chemical agent in the face and said "Everytime I gotta come down here for something like this, this is gonna happen everytime!" and left from in front of my cell. The hold time I had my hands out the cell to show no threat, and Cpt. Jones stayed there the hold time up until he spary me because he didn't like what I was saying. On Dec. 13th I went to D.B. court and got a copy of my write up and couldn't believe all the lies that was said to have happen. On Wed. Dec. 19th I went back to court in front of Mjr. Hebert and Classification Officer Gooden. At court I file (2) motions: 1st to bring the body camera into court to be reviue and 2nd to have the write up dismiss for being Falsify Documents. Mjr. Hebert and Mr. Gooden denied both motions and I was sentence to 12 weeks loss of phone, 12 weeks loss of canteen, and have to pay for the chemical agent used on me.

## *NOTE*

Please reviue Cpt. Jones report the body camera that he act-ivated and the cameras on CBD lower right date 12·13·18 at approximate 1:45 p.m.! Cpt. Jones lied about everything in his report.

Rivers ARPs
000018

# CONCLUSION:

Cpt. Jones has engage in conduct. that impairs the security or stability of the unit, the safety of staff or offenders or the efficiency of state service. Cpt. Jones has physical abuse an offender, inflicted physical pain on an offender as punishment, force that cannot reasonably be justified by the facts of the situation, force beyond that which is reasonable and apparently necessary to control a situation were some force is needed. Cpt. Jones has disobey Department Regulations unit policies and procedures and other written procedures and policies. Cpt. Jones has knowingly made false statements or deliberately omitting important facts on offical reports or documents or in other work related circumstances which is FORBIDDEN! In this case disciplinary reports. Cpt. Jones, Mjr. Hebert and Mr. Gooden has fail to perform their duties properly and free from negligence so as to fulfill the purpose and responsibilities of their assignment.

Rivers ARPs
000019

## RELIEF DESIRED:

1.) No Retaliation or Harassment for writting this A.R.P. from employee's and inmates.

2.) That all body cameras and cameras mention in this A.R.P. be saved for later use.

3.) That Cpt. Jones Mjr. Hebert and Mr. Godden be terminated for continuosly violating D.O.C. policy.

4.) To be compensated $100.000 for the mental, emotional, and physical anguish that I sustained.

Respectfully Submitted

G. Riv            #644280

Date: 1-7-19

Rivers ARPs
000020

CASE NUMBER: LSP 2019-0061

## FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO:  RIVERS, DOMINIQUE 544280                        C JAG 4/R
                                                      Living Quarters

Response to request dated , received in this office on 01/09/2019

In your request for remedy, you alleged that you were on CBD L/R when Captain Jones came to your cell, activated his body camera and had a can of chemical agent in his hand. You stated that you were given a direct verbal order to come out of all of your clothing and you complied with the orders given. You stated that once you complied with the orders given, Captain Jones turned off his body camera and put the chemical agent away. You stated that Captain Jones then asked you what was your problem and you began explaining to him that you did not have any bedsheets, things washed and not having a haircut. You stated that while explaining all of this to Captain Jones, he came up real fast with the chemical agent and sprayed you in your face and stated to you, "Every time I gotta come down here for something like this, this is gonna happen every time!" You stated that you had your hands out of the cell the whole time, showing that you were not causing a threat. You stated that when you went to court and received your DB report, you couldn't believe all the lies that were said to have happened. You stated that you went back to court a second time, in front of Classification Mr. Gooden and Major Hebert, and you requested that the body camera be brought into court; but the motion was denied. In your request for remedy, you are requesting that no retaliation be brought forth against you for filing this ARP, that the body cameras and cameras mentioned in this ARP be saved for later use, that Captain Jones, Major Hebert and Mr. Gooden be terminated for continuously violating DOC policy and that you are compensated $100,000.00 for mental, emotional and physical anguish that you sustained.

In response to your ARP, Major Jones stated that the allegation that you have brought forth never occurred. He stated that you attempted to spit on him when he passed in front of your cell and you failed to comply with verbal orders given when you were told to come to the cell bars to be restrained. Major Jones stated that by you refusing the direct verbal orders, this resulted in the use of Chemical Agent in order to gain compliance of you. Major Hebert stated that you appeared before him in Disciplinary Board Court and he considered your plea, statements and motion; however, after deliberation, you were found guilty and sentenced accordingly. ARDC Specialist Mr. Plater Gooden stated that he and Major Hebert followed the policies and guidelines of this institution and the law, allowing you to exercise all of his rights. He also stated that none of your rights were violated and that their findings represented the facts stated in the body of the report; which were clear and precise.

Therefore, your request for Administrative Remedy and monetary compensation is denied at this level.

Prepared by: _____
                    Darian Thompson, AW2

Approved by: _____
                    Antonio Whitaker, AW3

_____                              _____
            Date                                              Joseph T. G. Lamartiniere
                                                               Deputy Warden

                                                      _____
                                                               Unit Head

Instructions to Offender:  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓) I am not satisfied with this response and wish to proceed to Step Two.

Reason: ___ That if you all review the body camera and the

Rivers ARPs
000021

cameras on ("B1") hall think that now with out the cameras Jones is going to cover up his actions. This is why you all put the cameras up.

<table>
<tr><td>2-14-19</td><td></td><td></td></tr>
<tr><td>Date</td><td>Offender's Signature</td><td>DOC#</td></tr>
</table>

Case 3:19-cv-00372-JWD-SDJ    Document 26-10    12/09/20    Page 22 of 35

Louisiana State Penitentiary
Angola, Louisiana

# ARP STATEMENT

ARP NUMBER: *LSP- 2019-0061*                    DATE: 01/31/2019

Offender's Name and Number:  Dominique Rivers, #544280

In regards to the above aforementioned Request for Administrative Remedy, I, Major Marcus Jones, have the following to offer:

The incident, as described by offender Rivers in this ARP, never occurred. At approximately 1:45 pm on 12/13/18, offender Rivers attempted to spit on me when I passed in front of his cell. Offender Rivers then failed to comply with several direct verbal orders to come to the front of the cell to be restrained. This resulted in the use of Chemical Agents in order to gain offender Rivers' compliance. Offender Rivers is trying to manipulate the ARP system by writing outright lies in these frivolous ARP's. For further information, please see the attached copies of the UOR.

I, Major Marcus Jones, have already answered an ARP regarding this incident (See ARP #2018-2708). My answer now is the same as it was then.

This is for your information and further handling.

Major Marcus Jones
Main Prison Cellblock / Security Supervisor / 8 hrs.

cc:      file

Rivers ARPs
000023

Louisiana State Penitentiary
Angola, Louisiana

# ARP STATEMENT

**ARP NUMBER:** *LSP- 2019-0061*                          **DATE:** <u>01/31/2019</u>

Offender's Name and Number:  <u>Dominique Rivers, #544280</u>

In regards to the above aforementioned Request for Administrative Remedy, I, Major Gabriel Hebert, have the following to offer:

Offender Rivers appeared before me in Disciplinary Board Court.  I considered offender Rivers' plea, statement, and motions.  After deliberations offender Rivers was found guilty and sentenced accordingly.

This is for your information and further handling.

Major Gabriel Hebert
Main Prison Cellblock / Security Supervisor / 8 hrs.


cc:        file

January 29, 2019

LSP-2019-0061

Offender Dominique Rivers #544280

Offender Dominique Rivers #544280 did in fact come before Major Gabriel Hebert and ARDC Specialist Plater Gooden in DB Court. We followed the policies and guidelines of this institution and the law allowing him to exercise all of his rights.

None of his rights were violated. Our findings represented the facts stated in the body of the report. They were clear and precise.

Rev. Plater Gooden ARDC Specialist

*(signature)* Plater Gooden
ARDC Specialist

Rivers ARPs
000025

Form C-05-001
28 September 2018

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

INSTITUTION: LSP

| NAME<br>Dominique Rivers | NUMBER<br>544280 | DORM OR CELLBLOCK<br>MPCB CBD | DATE OF INCIDENT<br>12/13/18 | TIME OF INCIDENT<br>Approx. 1:45 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD L/R, Cell #11 | | WITNESSES<br>N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death by other than natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] Staff on offender
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- [ ] Large scale evacuation of all or a significant part of the facility
- [ ] Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide Attempts
- [ ] Hunger Strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrests
  - [ ] Not job-related employee arrests
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- [ ] Violation of the Rule No. 21, Sex Offenses
  - [ ] 21. A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21. B Abusive sexual act (offender-on-offender)
  - [ ] 21. C Sexual misconduct (offender-on-offender)
  - [ ] 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21. E Obscenity
  - [ ] 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21. G Overt display of affection
  - [ ] 21. H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [ ] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-staff)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon (offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [ ] Suicide Gesture
- [ ] Hunger Strike (both individual and organized)
- [x] Use of Force
  - [x] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser ®
  - [x] Chemical agents

Rivers ARPs
000026

Form C-05-001-W-1
28 September 2018
Page Two

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Captain Marcus Jones, was making unannounced rounds on the CBD L/R Tier, when offender Dominique Rivers, #544280, attempted to spit on me. I immediately activated my body camera and gave offender Rivers several direct verbal orders to come to the front of the cell to be restrained. Offender Rivers refused to comply with all orders given and stated "Fuck you, bitch, this ends now", and once again attempted to spit on me. At that time I was forced to administer the minimum amount of chemical agent into offender Rivers's cell in order to gain offender Rivers compliance. Offender Rivers then complied with all orders given, was placed in restraints, and escorted to the shower. Offender Rivers was then allowed to shower, was issued a fresh jumpsuit, and his cell was decontaminated prior to his return. Offender Rivers was later seen on the unit by Medical Personnel. Warden Thompson was notified of this incident. This is for your information and further handling.

Chemical Agent Can #2
Chemical Agent Starting Weight: 138 grams
Chemical Agent Ending Weight: 108 grams

_____
REPORTING OFFICER
Marcus Jones, Captain, MPCB, A-Team

_____12/13/18_____
DATE COMPLETED

_____3:00 pm_____
TIME COMPLETED

Rivers ARPs
000027

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

ARP NUMBER:  LSP - 2019 - 0061

RE:  DOMINIQUE RIVERS     544280

LOCATION: _____

I HEREBY ACKNOWLEDGE RECEIPT OF 1ST STEP RESPONSE FORM REGARDING REQUEST
FOR REMEDY NUMBER LSP-2019-0061.

RECEIVED BY: _____ 544280  2-14-19
                (INMATE'S NAME & NUMBER)

DATE RECEIVED: _____

DELIVERED BY: _____

==========================================================================

1.   Have the inmate sign this receipt.

2.   Delivery Officer signs the receipt and dates it.

3.   Give the Inmate the Manila Envelope and contents.

4.   Return the receipt to LEGAL PROGRAMS DEPARTMENT.

**RECEIVED**

FEB 18 2019

LEGAL PROGRAMS DEPARTMENT

Rivers ARPs
000028

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2019 -0061

TO:  DOMINIQUE RIVERS 544280                    C JAG 4/R
       Offender's Name and Number                    Living Quarters


                    12-19-2018
                    Date of Incident


X                          ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
                           issued within 40 days of this date.

                           REJECTED:  Your request has been  rejected for the following reason(s):


       01/23/2019                                              Nyesha Davis
          Date                                          Warden's Signature or Designee

Rivers ARPs
000029

CASE NUMBER: LSP-2019-0061

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO:  RIVERS, DOMINIQUE 544280                    C JAG 4/R
                                                 Living Quarters


Response to request dated , received in this office on 01/09/2019

In your request for remedy, you alleged that you were on CBD L/R when Captain Jones came to your cell, activated his body camera and had a can of chemical agent in his hand. You stated that you were given a direct verbal order to come out of all of your clothing and you complied with the orders given. You stated that once you complied with the orders given, Captain Jones turned off his body camera and put the chemical agent away. You stated that Captain Jones then asked you what was your problem and you began explaining to him that you did not have any bedsheets, things washed and not having a haircut. You stated that while explaining all of this to Captain Jones, he came up real fast with the chemical agent and sprayed you in your face and stated to you, "Every time I gotta come down here for something like this, this is gonna happen every time!" You stated that you had your hands out of the cell the whole time, showing that you were not causing a threat. You stated that when you went to court and received your DB report, you couldn't believe all the lies that were said to have happened. You stated that you went back to court a second time, in front of Classification Mr. Gooden and Major Hebert, and you requested that the body camera be brought into court; but the motion was denied. In your request for remedy, you are requesting that no retaliation be brought forth against you for filing this ARP, that the body cameras and cameras mentioned in this ARP be saved for later use, that Captain Jones, Major Hebert and Mr. Gooden be terminated for continuously violating DOC policy and that you are compensated $100,000.00 for mental, emotional and physical anguish that you sustained.

In response to your ARP, Major Jones stated that the allegation that you have brought forth never occurred. He stated that you attempted to spit on him when he passed in front of your cell and you failed to comply with verbal orders given when you were told to come to the cell bars to be restrained. Major Jones stated that by you refusing the direct verbal orders, this resulted in the use of Chemical Agent in order to gain compliance of you. Major Hebert stated that you appeared before him in Disciplinary Board Court and he considered your plea, statements and motion; however, after deliberation, you were found guilty and sentenced accordingly. ARDC Specialist Mr. Plater Gooden stated that he and Major Hebert followed the policies and guidelines of this institution and the law, allowing you to exercise all of his rights. He also stated that none of your rights were violated and that their findings represented the facts stated in the body of the report; which were clear and precise.

Therefore, your request for Administrative Remedy and monetary compensation is denied at this level.

Prepared by: _____
                    Darian Thompson, AW2

Approved by: _____
                    Antonio Whitaker, AW3


            _____                    _____
            2/11/19                                     Joseph F.G. Lamartiniere
                    Date                                Deputy Warden
                                                                Unit Head


Instructions to Offender:  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason: _____

_____

Rivers ARPs
000030

_____    _____
          Date                    Offender's Signature   DOC#

Rivers ARPs
000031

```
DATE: 07/29/19                DPS&C CORRECTIONS SERVICES                    CINQMAS
TIME: 14:17:14050        CAJUN II - MASTER RECORD INQUIRY          SCREEN 1 OF 3
                           P E R S O N A L   D A T A
LAST NAME...:  RIVERS              FIRST..:  DOMINIQUE          MI:
SUFFIX......:                      ADDRESS:  1718 BLVD DE PROVIDENCE 21
CITY........:  BATON ROUGE         STATE..:  LA   ZONECODE:
ZIPCODE.....:  70805-              PHONE.....:   (225) 315-1825
RACE........:  BLACK               SEX.......:   MALE
BIRTH DATE..:  04/15/1987          BIRTH CITY:   SAVANNAH
BIRTH STATE.:  GEORGIA             DOC NUMBER:   00544280
CVNR........:  Y DNA:  Y TEST DATE:  20060310   STRIKE:    NO
TRANSFER DATE:  08/05/2013    SUPV:   A     REASON...:    ADMN
ASSIGNED LOC.:  LA STATE PEN              PHYS. LOC:   LA STATE PEN
DETAINER.....:              NCIC FLASH:    NO     WARRANT..:
TOTAL DOC....:  LIFE                       P&P MAX....:   0010000
FTD DATE.....:  LIFE SENT                  ECC DATE...:
GTPS DATE....:  NONE     GT ACT:   ACT1099  GT DATE....:   NOT ELIGIB
PAROLE ELG DT:  NOT ELIGIB                 PROB EXP...:   10/20/2009
EMER CONTACT.:  DONNA STEWART              PHONE....:   (225) 444-0162
STATUS:   ACTIVE ONLINE        ALIAS:   NO   AGENT:   DARLA      HOOD
PRECLASS STATUS:  R      XMIT FROM HERE->
F2=RETURN TO MENU  F3=PREV.SCREEN  F4=CINQPRE  F5=CINQALIAS F6=COFNPRO F7=STRIKE
```

Rivers ARPs
000032

```
DATE: 07/29/19              DPS&C CORRECTIONS SERVICES                CINQMAS
TIME: 14:17:14050       CAJUN II - MASTER RECORD INQUIRY         SCREEN 2 OF 3


RIVERS, DOMINIQUE B/M    DOC:    00544280    SID:    002406977
MEDICAID ID  6873524651804

                           D E S C R I P T I O N
HEIGHT:    5`09       WEIGHT....:   246              EYES.....:   BROWN
HAIR..:   BLACK       COMPLEXION:  DARK             SHOE SIZE:   120
IDENTIFYING MARK/INFIRMITY.1:    TAT R ARM      LITERAL:    SHER
IDENTIFYING MARK/INFIRMITY.2:    TAT R SHLD     LITERAL:    REAPER
IDENTIFYING MARK/INFIRMITY.3:    TAT R ARM      LITERAL:    MOB
IDENTIFYING MARK/INFIRMITY.4:                   LITERAL:
IDENTIFYING MARK/INFIRMITY.5:                   LITERAL:


                  C A S E   I N F O R M A T I O N
DETAINER DATE:                      WARRANT DATE..:
LAST CONTACT.:                      SPECIAL CASE..:   YES
CUST/SUP LVL.:    NEW               OFFENDER CLASS:
BEGIN CURFEW.:    0000              END CURFEW....:   0000
VIOLENT SEX PREDATOR.:   NO    (AS DESCRIBED IN ACT 1147)
HRSP SCORE......:   2         HRSP DESCRIPTION..:   GRN
HRSV SCORE......:   0         HRSV DESCRIPTION..:   GRN
SOAP DECISION...............:
                      XMIT FROM HERE->
```

Rivers ARPs
000033

```
DATE: 07/29/19                DPS&C CORRECTIONS SERVICES                  CINQMAS
TIME: 14:17:14050         CAJUN II - MASTER RECORD INQUIRY            SCREEN 3 OF 3

RIVERS, DOMINIQUE B/M    DOC:   00544280    SID:    002406977

                   M I S C E L L A N E O U S    I N F O R M A T I O N
EDUCATION CLAIMED..........:
ELOC FLAG ......:                       WORK PRG ELG DTE:   NOTELIG
SEC.THREAT GROUP:                           PROJ REL DTE:   NOTELG
HEALTH..........:   GOOD                RELIGION........:   RASTAFARIAN
MARITAL STATUS..:   SINGLE              CHILDREN........:   00
SOCIAL SECURITY.:   256614649           DRV. LICENSE....:   00000009308560
LICENSE STATE...:   LA                  FBI NUMBER......:   130671HC0
CITIZEN.........:   YES                 MILITARY SERVICE:
MILITARY RANK...:                       TYPE DISCHARGE..:
OCCUPATION......:   NOT IN LABOR FORCE-UNEMPLOYED
UPDATE DATE.....:   10/26/18            UPDATE USER.....:   DAWN REED
SSN VERIFIED....:
1ST ARREST AGE..:   17                  EMPLOY HISTORY..:   UNEMP. OR <12 MOS PRIO
GOVT ASST.......:                       PRIM LANGUAGE...:
MAILING ADDRESS.:   1718 BLVD DE PROVIDENCE 21
CITY............:   BATON ROUGE           STATE:  LA   ZIPCODE:   70805
                           XMIT FROM HERE->
                F2=RETURN TO MENU          F3=PREVIOUS SCREEN
```

Rivers ARPs
000034

```
DATE: 07/29/19              DPS&C CORRECTIONS SERVICES                  CINQTRN
TIME: 14:17:14050     CAJUN II - TRANSFER RECORD INQUIRY       SCREEN 1   OF   1

RIVERS, DOMINIQUE                  B/M   DOC#:   00544280   SID#:   002406977
ASGN LOC:   6400-LA STATE PEN             PHYS LOC:   6400-LA STATE PEN

            ASSIGNED                PHYSICAL              REASON     FROM
            LOCATION                LOCATION               CODE      DATE

_   BATON ROUGE DISTRICT     BATON ROUGE DISTRICT         B101    20081020
_   BATON ROUGE DISTRICT     RELEASE                      B202    20091020
_   OAS/SOUTH JAILS          E. BATON ROUGE PP            A101    20130530
_   LA STATE PEN             LA STATE PEN                 A411    20130805

 F2=MENU   F3=ROLL BACKWARD   F4=ROLL FORWARD   F5=STATUS INQUIRY   F6=CAJ1 TRNS
            F7=RESORT IN DESCENDING ORDER     F8=CADDTRN    F9=CMODTRN
       TAB TO THE APPROPRIATE LINE AND XMIT TO   DISPLAY   TRANSFER RECORD
```

Rivers ARPs
000035