UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOMINIQUE LAMAR RIVERS (#544280)           CIVIL ACTION

VERSUS

MARCUS JONES           NO. 19-372-JWD-SDJ

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 11, 2021 (Doc. 30), to which no objection was filed,

**IT IS ORDERED** that the Motion for Summary Judgment, (Doc. 28) filed on behalf of Marcus Jones is GRANTED and that this case is DISMISSED WITH PREJUDICE.

Judgement shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 10, 2021.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**