**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

DOMINIQUE LAMAR RIVERS (#544280)

CIVIL ACTION

VERSUS

NO.    19-372-JWD-SDJ

MARCUS JONES

**JUDGMENT**

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Defendant Marcus Jones against Plaintiff Dominique Lamar Rivers (#544280), dismissing this case, with prejudice.

Signed in Baton Rouge, Louisiana, on <u>June 10, 2021</u>.


**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**